**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

DISPLAY TECHNOLOGIES, LLC             **Lead Consolidated Case No.
                                       2:17-cv-00070-JRG-RSP**

    Plaintiff,

v.

HTC AMERICA, INC.,

    Defendant.
_____/

DISPLAY TECHNOLOGIES, LLC,            **Case No. 2:17-cv-00067-JRG-RSP**

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.
_____/

**NOTICE OF COMPLIANCE WITH PARAGRAPHS 1 AND 3
OF THE DISCOVERY ORDER**

    Defendant, BLU PRODUCTS, INC. ("BLU") by and through its undersigned counsel, hereby gives notice that it served upon Plaintiff's counsel its Initial and Additional Disclosures pursuant to Paragraphs 1 and 3 of the Discovery Order.

    Respectfully submitted,

    *s/ Isaac S. Lew*
    Bernard L. Egozi (Florida Bar No. 152544)
    begozi@egozilaw.com
    Isaac S. Lew (Florida Bar No. 92833)
    ilew@egozilaw.com
    EGOZI & BENNETT, P.A.
    2999 NE 191 Street, Suite 407
    Aventura, Florida 33180
    Telephone: (305) 931-3000

    *Counsel for Defendant, BLU Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 27th day of June, 2017, on all counsel of record on the service list below.

                                        *s/ Isaac S. Lew*
                                        Isaac S. Lew

**Service List**

**Thomas C. Wright, Ph.D., Esq.**
twright@cunninghamswaim.com
**Alex J. Whitman, Esq.**
awhitman@cunninghamswaim.com
CUNNINGHAM SWAIM, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495

*Counsel for Plaintiff*