THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 2:17-cv-00070-JRG-RSP |
| v. | **CONSOLIDATED LEAD CASE** |
| **HTC AMERICA, INC.,** *et al.*, | **JURY TRIAL DEMANDED** |
| Defendants. | |
| _____/ | |
| **DISPLAY TECHNOLOGIES, LLC,** | Civil Action No. 2:17-cv-00067 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **BLU PRODUCTS, INC.,** | |
| Defendant. | |
| _____/ | |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH
PARAGRAPHS 1 AND 3 OF THE DISCOVERY ORDER**

Plaintiff Display Technologies, LLC ("Display") by and through its undersigned counsel, hereby gives notice that it served upon Defendant's counsel its Initial and Additional Disclosures pursuant to Paragraphs 1 and 3 of the Discovery Order.

Respectfully submitted,

*/s/ Thomas C. Wright*
THOMAS C. WRIGHT
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS DISPLAY TECHNOLOGIES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of June, 2017, all counsel of record were served with this document in accordance with the applicable Federal Rules of Civil Procedure.

*/s/ Thomas C. Wright*
Thomas C. Wright