THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>                    Plaintiff,<br><br>           v.<br><br>**BLU PRODUCTS, INC.**<br><br>                    Defendant. | Civil Action No. 2:17-cv-00067<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

Plaintiff Display Technologies, LLC and Defendant BLU Products, Inc. hereby notify the Court that all matters in controversy in the action between these two parties have been settled, in principal.  The parties request a stay of 30 days of all deadlines to afford them time to complete the execution of a settlement agreement and to submit appropriate dismissal papers.

Dated: April 23, 2018                                        Respectfully submitted,

                                                             */s/ Thomas C. Wright*
                                                             Thomas C. Wright
                                                             State Bar No. 24028146
                                                             Alex J. Whitman
                                                             State Bar No. 24081210
                                                             Cunningham Swaim, LLP
                                                             7557 Rambler Road, Suite 400
                                                             Dallas, TX 75231
                                                             Telephone: (214) 646-1495
                                                             twright@cunninghamswaim.com
                                                             awhitman@cunninghamswaim.com

                                                             **ATTORNEYS FOR PLAINTIFF**
                                                             **DISPLAY TECHNOLOGIES, LLC**

                                                             and,

/s/ Isaac S. Lew
Bernard L. Egozi (Florida Bar No. 152544)
Isaac S. Lew (Florida Bar No. 92833)
**EGOZI & BENNETT, P.A**.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Phone: 305-931-3000
Facsimile: 305-931-9343
begozi@egozilaw.com
ilew@egozilaw.com

**ATTORNEYS FOR DEFENDANT BLU PRODUCTS, INC.**