# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>**BLU PRODUCTS, INC.**<br><br>　　　　　　Defendant. | **Civil Action No. 2:17-cv-00067**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Display Technologies, LLC ("Display") and Defendant Blu Products, Inc. ("Blu"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all claims and counterclaims WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: May 15, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Wright*
　　　　　　　　　　　　　　　　　　Thomas C. Wright
　　　　　　　　　　　　　　　　　　Texas Bar No. 24028146
　　　　　　　　　　　　　　　　　　Alex J. Whitman
　　　　　　　　　　　　　　　　　　Texas Bar No. 24081210
　　　　　　　　　　　　　　　　　　Cunningham Swaim, LLP
　　　　　　　　　　　　　　　　　　7557 Rambler Road, Suite 400
　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　Telephone: (214) 646-1495
　　　　　　　　　　　　　　　　　　Fax: (214) 613-1163
　　　　　　　　　　　　　　　　　　twright@cunninghamswaim.com
　　　　　　　　　　　　　　　　　　awhitman@cunninghamswaim.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**DISPLAY TECHNOLOGIES, LLC**

　　　　　　　　　　　　　　　　　　-and-

        */s/ Isaac S. Lew*
        Bernard L. Egozi (Florida Bar No. 152544)
        Isaac S. Lew (Florida Bar No. 92833)
        **EGOZI & BENNETT, P.A**.
        2999 NE 191 Street, Suite 407
        Aventura, Florida 33180
        Phone: 305-931-3000
        Facsimile: 305-931-9343
        begozi@egozilaw.com
        ilew@egozilaw.com

        **ATTORNEYS FOR DEFENDANT BLU PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of May, 2018.

        */s/ Thomas C. Wright*
        Thomas Wright